## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

Docket Number(s): 23-303 _____          _____ Caption [use short title] _____

Motion for: extension of time to file opening brief and Joint Appendix

_____

_____

Set forth below precise, complete statement of relief sought:

Defendant - Appellant seeks an additional 14 days to file the

opening brief and Joint Appendix in this matter,

from June 21, 2023 to July 5, 2023.

### Vidal v. Advanced Care Staffing, LLC

MOVING PARTY: Defendant-Appellant          OPPOSING PARTY: Plaintiff-Appellee

☐ Plaintiff          ☑ Defendant

☑ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY: Proloy K. Das          OPPOSING ATTORNEY: Hugh Baran

[name of attorney, with firm, address, phone number and e-mail]

Proloy K. Das (pdas@fordharrison.com)          Hugh Baran (hugh@kakaleclaw.com)

FordHarrison, LLP          Kakalec Law PLLC

185 Asylum Street, Suite 820, Hartford, CT 06103          195 Montague Street, 14th FL, Brooklyn, NY 11201

Court- Judge/ Agency appealed from: Eastern District of New York (1:22-cv-05535-NM-MMH)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☑ No
Has this relief been previously sought in this court?   ☐ Yes ☑ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/Proloy K. Das          Date: 06/21/2023          Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 23-303

## United States Court of Appeals for the Second Circuit

_____

BENZOR SHEM VIDAL,
*Plaintiff-Appellee*

v.

ADVANCED CARE STAFFING, LLC
*Defendant-Appellant*

On Appeal from the United States District Court
for the Eastern District of New York (No. 1:22-cv-05535(NM-MMH))

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANT-APPELLANT'S OPENING BRIEF AND JOINT
APPENDIX**

Proloy K. Das
FORDHARRISON LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 06103
(860) 740-1355
pdas@fordharison.com

Counsel for Defendant-Appellant

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 27.1(f), Defendant-Appellant respectfully moves for a 14 day extension of the filing deadline for its opening brief and Joint Appendix from June 21, 2023 to July 5, 2023. This is Defendant-Appellant's first request for an extension of time to file this brief. Counsel for the Plaintiff-Appellee, Hugh Baran, has advised that they consent to the instant request.

Good cause exists for the requested extension for several reasons.

First, the undersigned counsel was out of the office due to a COVID-based illness for the first two weeks of May.

Second, upon returning to the office, the undersigned has worked on the following significant matters:

- Filed a Court-ordered brief in opposition in the U. S. Supreme Court in K.M. v. Adams, No. 22-840, on May 22, 2023;

- Filed a brief in the Connecticut Appellate Court in Town of Avon v. Sastre, A.C. 45885, on May 22, 2023;

- Assisted in the preparing for an en banc oral argument before the Second Circuit in Soule v. Connecticut Association of Schools, 21-1365, which was held on June 6, 2023;

- And worked on appellate briefs in the Ninth Circuit in Valley Hospital v. NLRB, 22-1804 (due June 23, 2023 but for which an extension is being sought).

Third, a draft of the brief has been substantively completed but requires client review and approval as well as formatting for rules compliance.

Finally, the requested deadline of July 5, 2023 will be met.

No significant delay of this matter will result from such an extension, and no prejudice could result to any party or the Court's consideration of the case.

## CONCLUSION

For the foregoing reasons, the undersigned respectfully requests an order extending the deadline to file its brief from June 21, 2023 to July 5, 2023.


Dated:  June 21, 2023


By:  *Proloy K. Das*
Proloy K. Das
FORDHARRISON LLP
CityPlace II
185 Asylum Street, Suite 820
Hartford, CT 06103
(860) 740-1355
pdas@fordharison.com


Counsel for Defendant-Appellant

# CERTIFICATE OF COMPLIANCE

I hereby certify that:

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) and because it contains 547 words, exclusive of the exempted portions, as counted by Microsoft Word 2016, the word processing program used to prepare the motion; and

2.      The motion complied with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6), as the test appears in 14-point Times New Roman font, proportionally spaced type face.

Dated:  June 21, 2023

     /s/ Proloy K. Das
Proloy K. Das

## CERTIFICATE OF SERVICE

I, Proloy Das, hereby certify that on June 21, 2023, I caused a copy of the foregoing motion to be served on all parties through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.


        */s/ Proloy K. Das*
        Proloy K. Das