**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-303

**Caption [use short title]**

**Motion for:** one-week extension of time to file brief of Plaintiff-Appellee

**Set forth below precise, complete statement of relief sought:**

Plaintiff-Appellee seeks an additional 7 days to file his brief in this matter, from October 18, 2023 to October 25, 2023.

Vidal v. Advanced Care Staffing, LLC

**MOVING PARTY:** Plaintiff-Appellee         **OPPOSING PARTY:** Defendant-Appellant

[✓] Plaintiff   [ ] Defendant
[ ] Appellant/Petitioner   [✓] Appellee/Respondent

**MOVING ATTORNEY:** Hugh Baran         **OPPOSING ATTORNEY:** Proloy K. Das

[name of attorney, with firm, address, phone number and e-mail]

Hugh Baran, Kakalec Law PLLC              Proloy K. Das, FordHarrison LLP
195 Montague St., 14th Fl., Brooklyn, NY 11201   185 Asylum Street, Suite 820, Hartford, CT 06103
hugh@kakaleclaw.com, 212-705-8730         pdas@fordharrison.com, 860-740-1077

**Court- Judge/ Agency appealed from:** Eastern District of New York, 22-cv-5535 (NRM)(MMH)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes   [ ] No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Opposing counsel's position on motion:
[✓] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✓] No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Hugh Baran      **Date:** 10/13/2023      **Service by:** [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 23-303

**United States Court of Appeals for the Second Circuit**

---

BENZOR SHEM VIDAL,
*Plaintiff-Appellee*

*v.*

ADVANCED CARE STAFFING, LLC,
*Defendant-Appellant*

---

On Appeal from the United States District Court
for the Eastern District of New York, No. 1:22-cv-05535 (NRM)(MMH)

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF-APPELLEE'S BRIEF**

> Hugh Baran
> Kakalec Law PLLC
> 195 Montague Street, 14th Fl.
> Brooklyn, NY 11201
> 212-705-8730
> hugh@kakaleclaw.com
>
> David H. Seligman
> Towards Justice
> P.O. Box 371689, PMB 44465
> Denver, CO 80237-5680
> (720) 441-2236
> david@towardsjustice.org
>
> *Counsel for Plaintiff-Appellee*

Plaintiff-Appellee Benzor Shem Vidal respectfully moves for a one-week extension of the filing deadline for his opening brief in this appeal, from October 18, 2023 to October 25, 2023, under Federal Rules of Appellate Procedure 26(b) and 27 and Local Rule 27.1. This is Plaintiff-Appellee's first request for an extension of time to file this brief, though Plaintiff-Appellee did previously request a later initial deadline for filing this brief, which was granted, *see* ECF Nos. 52 & 62. Counsel for Defendant-Appellant Advanced Care Staffing, LLC has advised that Defendant-Appellant has no objection to this request.

Plaintiff-Appellee makes this request because of the ongoing situation in Israel/Palestine. Counsel for Plaintiff-Appellee have friends and family who have been directly impacted by Hamas's terrorist attacks last Saturday, and by the outbreak of war there, including friends and family in Israel. Accordingly, good cause warrants this extension. Further, no significant delay of this appeal will result from this extension.

For the foregoing reasons, Plaintiff-Appellee respectfully requests an order extending the deadline to file his brief by one week, from October 18, 2023 to October 25, 2023.

Dated: October 13, 2023

/s/ Hugh Baran
Hugh Baran
Kakalec Law PLLC

195 Montague Street, 14th Fl.
Brooklyn, NY 11201
(212) 705-8730
hugh@kakaleclaw.com

David H. Seligman
Towards Justice
P.O. Box 371689, PMB 44465
Denver, CO 80237-5680
(720) 441-2236
david@towardsjustice.org

*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 182 words, excluding the exempted items.

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared in a proportionally spaced typeface in 14-point Times New Roman.

Dated:  October 13, 2023  /s/ Hugh Baran
        Brooklyn, New York  Hugh Baran
                                              Kakalec Law PLLC
                                              195 Montague Street, 14th Fl.
                                              Brooklyn, NY 11201
                                              (212) 705-8730
                                              hugh@kakaleclaw.com

*Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I, Hugh Baran, certify that on October 13, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  October 13, 2023  /s/ Hugh Baran
        Brooklyn, New York  Hugh Baran
                                            Kakalec Law PLLC
                                            195 Montague Street, 14th Fl.
                                            Brooklyn, NY 11201
                                            (212) 705-8730
                                            hugh@kakaleclaw.com

                                            *Counsel for Plaintiff-Appellee*