# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-three.

Before:    José A. Cabranes,
       *Circuit Judge,*

_____

Benzor Shem Vidal,          **ORDER**

   Plaintiff - Appellee,       Docket No. 23-303

v.

Advanced Care Staffing, LLC,

   Defendant - Appellant.

_____

  Appellee moves for a 7-day extension to October 25, 2023 to file the response brief.

  IT IS HEREBY ORDERED that the motion is GRANTED.

               For the Court:
               Catherine O'Hagan Wolfe,
               Clerk of Court

