

**Littler Mendelson, P.C.**
One Century Tower
265 Church Street
Suite 300
New Haven, CT 06510

Craig T. Dickinson
203.974.8713 direct
203.974.8700 main
203.823.4456 fax
cdickinson@littler.com

October 19, 2023

**VIA ECF**

Clerk, United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>Benzor Shem Vidal v. Advanced Care Staffing, LLC</u>
        Court of Appeals Docket No.: 23-303

Dear Clerk of the Court,

This letter is a request to withdraw my appearance on behalf of the defendant-appellant Advanced Care Staffing, LLC in the above referenced matter. I make this request because I am no longer associated with the law firm of FordHarrison, LLP and no longer represent the defendant-appellant. Other attorneys from FordHarrison, LLP continue to represent the defendant-appellant Advanced Care Staffing, LLC. Under these circumstances, I respectfully request that my appearance be withdrawn and that I be removed from the Court's service list with respect to the above-captioned action.

Please contact me if you need any addition information. Thank you for your attention to this request.

Sincerely,

*Craig T. Dickinson*
Craig T. Dickinson

CTD//dcw

littler.com