## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vidal v. Advanced Care Staffing, LLC _____ Docket No.: 23-303 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Roberts

Firm: U.S. Department of Labor, Office of the Solicitor

Address: 200 Constitution Ave. NW, Suite N-2716

Telephone: 202-693-5383 Fax:

E-mail: Roberts.Sarah.M@dol.gov

**Appearance for:** Acting Secretary of Labor as Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiff-Appellee _____ )
(party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sarah Roberts

Type or Print Name: Sarah Roberts