# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Vidal v. Advanced Care Staffing, LLC**  Docket No.: **23-303**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Juno Turner**

Firm: **Towards Justice**

Address: **PO Box 371680, PMB 44465 Denver, CO 80237-5680**

Telephone: **(720) 441-2236**  Fax:

E-mail: **juno@towardsjustice.org**

Appearance for: **Benzor Shem Vidal, Plaintiff**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **David Seligman, Towards Justice and Hugh Baran, Kakalec Law PLLC** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Juno Turner**

Type or Print Name: **Juno Turner**