# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-303

**Caption [use short title]**

**Motion for:** Extension of Time

Set forth below precise, complete statement of relief sought:

The Acting Secretary requests an extension of time to consider whether, and if authorized, to file an amicus curiae brief in support of Plaintiff-Appellee. The Acting Secretary requests an extension of 21 days, to November 22, 2023, to file an amicus brief.

Vidal v. Advanced Care Staffing, LLC

**MOVING PARTY:** Acting Secretary of Labor (Amicus)        **OPPOSING PARTY:** Advanced Care Staffing, LLC (Defendant-Appellant)

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah Roberts        **OPPOSING ATTORNEY:** Sami Asaad

[name of attorney, with firm, address, phone number and e-mail]

Office of the Solicitor, U.S. Department of Labor        FordHarrison LLP

200 Constitution Avenue, N.W., Washington, D.C. 20210        CityPlace II, 185 Asylum Street, Suite 820, Hartford, CT 06103

roberts.sarah.m@dol.gov, 202-693-5383        sasaad@fordharrison.com, 860-740-1355

**Court-Judge/Agency appealed from:** U.S. District Court for the Eastern District of New York, Judge Nina R. Morrison

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed    ☐ Opposed    ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**

s/ Sarah Roberts_____    **Date:** 10/25/23    **Service by:** ☑ CM/ECF    ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| BENZOR SHEM VIDAL,<br><br>　　　Plaintiff-Appellee,<br><br>　v.<br><br>ADVANCED CARE STAFFING, LLC,<br><br>　　　Defendant-Appellant. | No. 23-303 |

## ACTING SECRETARY OF LABOR'S MOTION FOR EXTENSION OF TIME TO CONSIDER AND POTENTIALLY FILE AMICUS BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 29(a)(6), the Acting Secretary of Labor ("Acting Secretary") requests a three-week extension of time, up to and including November 22, 2023, to consider whether, and if authorized, to file an *amicus curiae* brief in support of Plaintiff-Appellee in this appeal.

In support of this Motion, the Acting Secretary states the following:

1.　　Federal Rule of Appellate Procedure 29(a)(2) authorizes the Acting Secretary to file an amicus brief in this appeal.

2.　　An amicus brief by the Acting Secretary is currently due on November 1, 2023, seven days from the date (October 25, 2023) on which Plaintiff-Appellee's brief is due. Fed. R. App. Proc. 29(a)(6). Federal Rule of

Appellate Procedure 29(a)(6) provides that "[a] court may grant leave for later filing."

3. The Acting Secretary has not previously sought an extension of time in this appeal.

4. For the Acting Secretary to file an amicus brief, attorneys in the Department of Labor's Office of the Solicitor must prepare an amicus recommendation. That recommendation must be approved within the Department, including by the Solicitor of Labor.

5. Assuming that the Solicitor of Labor approves the recommendation, the Acting Secretary must request approval from the Solicitor General to file an amicus brief. Specifically, the Acting Secretary must submit the amicus recommendation to the Solicitor General, consult with the Solicitor General, and receive authorization from the Solicitor General in order to file an amicus brief. *See* 28 C.F.R. 0.20(c).

6. The process internal to the Department and the process for obtaining authorization from the Solicitor General have been commenced and are ongoing, but will require additional time in light of the competing litigation demands on the Solicitor of Labor and in the Solicitor General's office.

7. The Acting Secretary has an interest in an issue presented in this appeal. The Secretary of Labor administers and enforces the Fair Labor Standards

Act ("FLSA"), 29 U.S.C. 204, 211(a), 216(c), 217, and has an interest in the ability of employees to enforce their FLSA rights, as the Secretary of Labor relies upon private enforcement, in tandem with the Secretary of Labor's enforcement, to ensure robust compliance with the Act. *See* 29 U.S.C. 551 (Department of Labor's obligation to promote the welfare and interest of wage earners in the United States).

8. The undersigned attorney has conferred with counsel for Defendant-Appellant and Plaintiff-Appellee. Neither party opposes the extension of time sought by the Acting Secretary.

For the foregoing reasons, the Acting Secretary respectfully submits that she has shown good cause for the requested 21-day extension to consider whether, and if authorized, to file an *amicus curiae* brief in this appeal.

Respectfully submitted,

/s/ Sarah M. Roberts
Sarah M. Roberts
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., N.W.
Room N-2716
Washington, D.C. 20210
(202) 693-5383
Roberts.Sarah.M@dol.gov

*Attorney for the U.S. Department of Labor*

Dated: October 25, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2023, I electronically filed the foregoing motion via the Court's CM/ECF Electronic Filing System. All participants in the case are registered CM/ECF users and service on them will be accomplished by the appellate CM/ECF system.

<u>/s/ Sarah M. Roberts</u>
Sarah M. Roberts