# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Vidal v. Advanced Care Staffing, LLC**  Docket No.: **23-303**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Christopher J. Merken**

Firm: **Dechert LLP**

Address: **Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808**

Telephone: **(215) 994-4000**   Fax: **(215) 994-2222**

E-mail: **christopher.merken@dechert.com**

Appearance for: **Advanced Care Staffing, LLC (Defendant/Appellant)**
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: **Sami Asaad/FordHarrison LLP** )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: **/s/ Christopher J. Merken**

Type or Print Name: **Christopher J. Merken**