**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Vidal v. Advanced Care Staffing, LLC    Docket No.: 23-303

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Julia M. Curley

Firm: Dechert LLP

Address: Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808

Telephone: (215) 994-2402    Fax: (215) 994 2222

E-mail: julia.curley@dechert.com

Appearance for: Advanced Care Staffing, LLC (Defendant/Appellant)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sami Asaad/FordHarrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Julia M. Curley

Type or Print Name: Julia M. Curley